Filed 9/26/22  Optional Capital v. DAS Corp. CA2/1

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| OPTIONAL CAPITAL, INC., <br><br> Plaintiff and Appellant, <br><br> v. <br><br> DAS CORPORATION, <br><br> Defendant and Appellant. | B307445, B307906 <br><br> (Los Angeles County <br> Super. Ct. No. BC474472) |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Michelle Williams Court, Judge.  Reversed.

LTL Attorneys, James M. Lee, Joedat H. Tuffaha, Prashanth Chennakesavan for Defendant and Appellant.

Rogari Law Firm, Ralph Rogari; Law Offices of Mary Lee, Mary Lee for Plaintiff and Appellant.

————————————————————

This case involved the efforts of two claimants, DAS, a Korean corporation, and Optional Capital, Inc., to retrieve money stolen by a third party. A jury found that DAS received them knowing they had been stolen from Optional. The trial court entered judgment for Optional and later awarded it costs and attorney fees. DAS appealed from the judgment, and we reversed it, concluding no substantial evidence supported the finding that DAS knew the money belonged to Optional. (*Optional Capital, Inc. v. DAS Corporation* (Mar. 25, 2022, B301524) [nonpub. opn.], review den. June 15, 2022.)

Before our opinion was final, DAS also appealed the award of costs and fees and both parties briefed the issues before we filed our opinion on the merits. Accordingly, because the arguments of counsel are now moot, we do not address them.

We now reverse that award as well. (*Merced County Taxpayers' Assn. v. Cardella* (1990) 218 Cal.App.3d 396, 402 [an award of fees and costs pursuant to a judgment "falls with a reversal of the judgment on which it is based"].)

## DISPOSITION

The judgment is reversed. DAS is to recover its costs on appeal

NOT TO BE PUBLISHED

CHANEY, J.

We concur:

ROTHSCHILD, P. J.          BENDIX, J.

2